UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JERALDINE ORSAK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-3710 |
| | § | |
| WYETH, INC., WYETH | § | |
| PHARMACEUTICALS, INC., | § | |
| PHARMACIA & UPJOHN COMPANY | § | |
| and PFIZER INC., | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM AND ORDER

The complaint in this case was filed on November 22, 2006. To date, none of the defendants has been served. Plaintiff is ordered to show cause within 10 calendar days for her failure to serve defendants within 120 days after the filing of the complaint. *See* Fed. R. Civ. P. 4(m). Failure to do so will result in dismissal of this case without prejudice.

IT IS SO ORDERED.

SIGNED this 13th day of June, 2007.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.